FILED
RICT COURT
BRUNS DIV
2009 APR -7 AM II: 14
CLERK_____
SO. DIST. OF GA.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## BRUNSWICK DIVISION

DERAIMUS WALKER,                )
                                )
            Petitioner,         )
                                )
        v.                      )        CIVIL ACTION NO.: CV208-123
                                )
TAMALA BROWN, Warden,           )
                                )
            Respondent.         )

## O R D E R

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Respondent's Motion to Dismiss is **GRANTED**. Walker's 28 U.S.C. § 2254 petition was not timely filed, and it is **dismissed**. The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment of Dismissal.

**SO ORDERED**, this 7 day of _April_, 2009.


_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)